# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY COVINGTON

VERSUS

CLARK SAND CO., INC.; CLEMCO
INDUSTRIES CORPORATION F/K/A
CLEMCO      SERVICES      CORP.;
DEPENDABLE   ABRASIVES,   INC.;
E.D. BULLARD COMPANY; EMPIRE
ABRASIVE  EQUIPMENT  COMPANY,
L.P.; LEHIGH HANSON, INC. (A
SUBSIDIARY    OF    HEIDELBERG
CEMENT  GROUP)  F/K/A  HANSON
AGGREGATES,      INC.     F/K/A
HANSON   AGGREGATES   CENTRAL,
INC.  F/K/A  PIONEER  SOUTH
CENTRAL,  INC.  F/K/A  PIONEER
CONCRETE   OF   TEXAS,   INC.;
INGERSOLL-RAND   CORPORATION;
LEROI      COMPRESSOR     A/K/A
ROTARY            COMPRESSION
TECHNOLOGIES;   3M   COMPANY;
RUEMELIN  MANUFACTURING  CO.,
INC.;  SANSTORM,  INC.;  BOB
SCHMIDT MANUFACTURING, INC.;
SOUTHERN      SILICA      OF
LOUISIANA,   INC.;   SPECIALTY
SAND     COMPANY;     SULLAIR
COMPRESSOR  CORPORATION;  AND
TXI OPERATIONS, L.P.

NO.   2023 CW 0973

**DECEMBER 4, 2023**

---

In Re:   Empire Abrasive Equipment Company, L.P., applying for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 649436.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT